**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| VANESSA PEACOCK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| TRUITY CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC, | ) ) ) ) ) | No. 2:26-cv-02200-SHL-cgc |
| Defendants. | ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed February 26, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notices of Voluntary Dismissal, filed May 15, 2026 (ECF No. 15), May 20, 2026 (ECF No. 16), June 1, 2026 (ECF No. 17), and June 11, 2026 (ECF No. 19), and Rule 41(a)(1)(A)(i), all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 30, 2026
Date